IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| R.M.B., by his next friends and parents, Robert Bruce Bays and Linda Markham Bays, *et al.*, <br>     Plaintiffs <br><br> v. <br><br> BEDFORD COUNTY (VIRGINIA) SCHOOL BOARD; *et al.* <br>     Defendants | ) ) ) ) ) ) ) Case No. 6:15-cv-00004 ) ) ) ) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and no material facts genuinely being in dispute, Plaintiffs R.M.B., by his next friends and parents Robert Bruce Bays and Linda Markham Bays; Robert Bruce Bays; and Linda Markham Bays, by counsel, hereby move for summary judgment as set forth in the accompanying Memorandum in Support of Motion for Summary Judgment.

                                                Respectfully submitted,
                                                R.M.B., ROBERT BRUCE BAYS, and
                                                LINDA MARKHAM BAYS

                                                */s/ Melvin E. Williams*
                                                Of Counsel

Melvin E. Williams (VSB No. 43305)
MEL WILLAMS PLC
1320 Third Street, SW
Roanoke, Virginia 24016
540-266-7800
540-206-3857 *facsimile*
mel@melwilliamslaw.com
Counsel for R.M.B., Robert Bruce Bays and Linda Markham Bays

**CERTICATE OF SERVICE**

On this 10th day of February 2016 the foregoing pleading was filed using the Court's CM/ECF system, which will send electronic notification to counsel of record.

*/s/ Melvin E. Williams*